IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) DOUGLAS W. BRANT d/b/a BETHANY MEDICAL CLINIC, § § § | | |
| Plaintiff, § | | |
| vs. § | CASE NO. CIV-12-656-F | |
| § | | |
| (1) STATE FARM FIRE AND CASUALTY COMPANY, § § § | | |
| Defendant § | JURY DEMANDED | |

**DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S
FINAL LIST OF EXPERT WITNESSES IN CHIEF**

In compliance with Rule 26 of the Federal Rules of Civil Procedure, Defendant State Farm Fire and Casualty Company makes the required disclosure of the witnesses it may use at trial to present evidence under FED. R. EVID. 702, 703, or 705, as shown on the following pages.

Respectfully submitted,

**JONES, ANDREWS & ORTIZ, P.C.**

By: /s/ Daniel C. Andrews
   Daniel C. Andrews, OBA #19392
21 E. Main St., Suite 101
Oklahoma City, Oklahoma  73104-2400
Telephone:   405/601-8713
Facsimile:   405/232-8330
**ATTORNEYS FOR DEFENDANT,
STATE FARM FIRE AND CASUALTY
COMPANY**

**OF COUNSEL:
JONES, ANDREWS & ORTIZ, P.C.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mr. David A. Christoffel
ARGUELLO, HOPE & ASSOCIATES, PLLC
1110 Nasa Parkway, Suite 620
Houston, Texas 77058

John B. Ward
816 NW 53rd Street
Oklahoma City, OK 73118

/s/ Daniel C. Andrews
Daniel C. Andrews

## **EXPERT WITNESS LIST**

Defendant State Farm Fire and Casualty Company designates the following expert witnesses for its case in chief:

Patrick E. Heil, RRO, RRC
P H Companies, LLC
1292 Chevelle Dr.
Baton Rouge, LA  70806
(225) 926-9013

Mr. Heil's report and curriculum vitae, including his fee schedule, is attached hereto as Exhibit No. 1.


Mr. Michael Berryman
Berryman Enterprises, Inc.
426 N.W. 5th Street
Oklahoma City, Oklahoma  73102
Office 405-235-4646
Fax    405 235-3311

Mr. Berryman's report and curriculum vitae, including his fee schedule, is attached hereto as Exhibit No. 2.