# Forensic Building Science, Inc.

658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

## Customer Information

Douglas Brant
6801 NW 39th Expressway
Bethany, OK  73008

Bethany Medical Center

## Project Information

**Name**  Storm Damage Estimate
**Type**  Commercial
**Estimate Prepared By:**  Greg Crawford
**Estimate Approved By:**  Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

**Contact#** (651) 222-6509

## Estimate Information

**Terms:**  We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|

## General

### General:

Demolition & Hauling
 DUMPSTER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30 cy, rental per week | 12 | ea | 0.00 | 0.00 | 0.00 | 389.07 | 4,668.84 |

CRANE RENTAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| crane (28 ton) rental per hr | 40 | hr | 0.00 | 0.00 | 0.00 | 173.25 | 6,930.00 |

Electrical
 MINIMUM CHARGE FOR ELECTRICAL WORK

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| for electrical work | 10 | ea | 24.11 | 149.96 | 0.00 | 0.00 | 1,740.70 |

Fees
 BUILDING PERMIT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| For job $600,001 to $650,000 | 1 | ea | 9,100.00 | 0.00 | 0.00 | 0.00 | 9,100.00 |

SPECIAL ENGINEER FEES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Engineering Test: Up-Lift | 1 | ea | 0.00 | 0.00 | 2,400.00 | 0.00 | 2,400.00 |
| Engineering Test: Roof Hold Down Fastener pull-out test | 1 | ea | 0.00 | 0.00 | 2,400.00 | 0.00 | 2,400.00 |
| Engineering Roof mechanical fastener pull out test | | | | | | | |
| Engineering review of roof drainage details | 1 | ea | 0.00 | 0.00 | 2,400.00 | 0.00 | 2,400.00 |
| Contingency for unknown conditions due to age of structure | 1 | ea | 16,000.00 | 0.00 | 0.00 | 0.00 | 16,000.00 |

Hvac
 CENTRAL AIR CONDITIONING SYSTEM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| replace, complete, 1 ton | 1 | ea | 933.24 | 450.85 | 0.00 | 0.00 | 1,384.09 |
| replace, 3 ton | 7 | ea | 1,878.60 | 539.75 | 0.00 | 0.00 | 16,928.45 |
| replace, 5 ton | 10 | ea | 2,878.50 | 1,714.50 | 0.00 | 0.00 | 45,930.00 |

Plumbing
 PLUMBING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| for plumbing work | 10 | ea | 48.68 | 207.01 | 0.00 | 0.00 | 2,556.90 |

Temporary
 TEMPORARY ELECTRIC POWER



EXHIBIT 5

# Forensic Building Science, Inc.
658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

| **Customer Information** | **Project Information** | |
|---|---|---|
| Douglas Brant | **Name**  Storm Damage Estimate | |
| 6801 NW 39th Expressway | **Type**  Commercial | **Contact#** (651) 222-6509 |
| Bethany, OK  73008 | **Estimate Prepared By:**  Greg Crawford | |
| | **Estimate Approved By:**  Tom Irmiter | |
| Bethany Medical Center | Forensic Building Science, Inc. | |
| | 658 Laurel Avenue, Saint Paul, MN 55104 | |

**Estimate Information**

**Terms:**  We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| **General** | | | | | | | |
| **General:** | | | | | | | |
| Temporary | | | | | | | |
| Gas powered Electrical Generator 3200 watt | 10 | wk | 0.00 | 0.00 | 0.00 | 178.20 | 1,782.00 |
| Gas powered Electrical Generator 3200 watt | 16 | wk | 0.00 | 0.00 | 0.00 | 178.20 | 2,851.20 |
| STORAGE TRAILER | | | | | | | |
| per week | 8 | ea | 0.00 | 0.00 | 0.00 | 36.63 | 293.04 |
| per week | 12 | ea | 0.00 | 0.00 | 0.00 | 36.63 | 439.56 |
| PORTABLE TOILET | | | | | | | |
| chemical, per week | 12 | ea | 0.00 | 0.00 | 0.00 | 31.09 | 373.08 |
| Water Damage Remediation | | | | | | | |
| CONTAINMENT EQUIPMENT | | | | | | | |
| Exhaust fan, HEPA filtered for containment area, rent per day | 16 | dy | 0.00 | 0.00 | 0.00 | 110.88 | 1,774.08 |
| **Sub Total (Excludes Markups)** | | | 68,696.34 | 24,943.80 | 7,200.00 | 19,111.80 | 119,951.94 |
| **General Sub Total (Excludes Markups)** | | | 68,696.34 | 24,943.80 | 7,200.00 | 19,111.80 | 119,951.94 |
| **Roof** | | | | | | | |
| **Roof area #1:** | | | | | | | |
| Concrete | | | | | | | |
| LIGHTWEIGHT CONCRETE ROOF FLATWORK | | | | | | | |
| 1" SLAB, PER SQUARE FOOT | | | | | | | |
| replace (15% waste) | 2300 | sf | 0.47 | 1.35 | 0.00 | 0.00 | 4,186.00 |
| remove | 2000 | sf | 0.00 | 1.21 | 0.00 | 0.80 | 4,020.00 |
| Roofing | | | | | | | |
| BUILT-UP ROOFING | | | | | | | |
| replace, 4 ply | 47.25 | sq | 91.43 | 194.12 | 0.00 | 12.67 | 14,090.90 |

# Forensic Building Science, Inc.

658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

## Customer Information

Douglas Brant
6801 NW 39th Expressway
Bethany, OK  73008

Bethany Medical Center

## Project Information

**Name**  Storm Damage Estimate
**Type**  Commercial
**Estimate Prepared By:**  Greg Crawford
**Estimate Approved By:**  Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

**Contact#**  (651) 222-6509

## Estimate Information

**Terms:**  We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|

### Roof

#### Roof area #1 :

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| Roofing | | | | | | | |
| remove, 4 ply | 47.25 | sq | 0.00 | 101.20 | 0.00 | 0.00 | 4,781.70 |
| add to paint with aluminum UV coating | 47.25 | sq | 19.80 | 40.48 | 0.00 | 0.00 | 2,848.23 |
| add per lf of parapet wall, includes cant strip and roofing wrap up wall | 50 | lf | 11.66 | 10.95 | 0.00 | 0.83 | 1,172.00 |
| Install Recovery Board | 48 | sq | 0.00 | 105.41 | 0.00 | 0.00 | 5,059.68 |
| PIPE JACK | | | | | | | |
| replace | 9 | ea | 10.58 | 8.50 | 0.00 | 0.00 | 171.72 |
| remove | 9 | ea | 0.00 | 9.94 | 0.00 | 0.00 | 89.46 |
| ROOF VENT | | | | | | | |
| replace, turtle | 4 | ea | 20.00 | 17.02 | 0.00 | 0.00 | 148.08 |
| FURNACE VENT CAP | | | | | | | |
| replace | 2 | ea | 13.92 | 9.94 | 0.00 | 0.00 | 47.72 |
| remove | 2 | ea | 0.00 | 12.51 | 0.00 | 0.00 | 25.02 |
| REMOVE AND REINSTALL AC COMPRESSOR | | | | | | | |
| rebuild platform flat roof | | | | | | | |
| One to 5 ton unit | 1 | ea | 0.00 | 460.00 | 0.00 | 0.00 | 460.00 |
| Install 2" ISO Insulation Board | 47.25 | SQ | 66.00 | 188.00 | 0.00 | 0.00 | 12,001.50 |
| Install 1/4" per 12" Tapred ISO Insulation Board | 47.25 | SQ | 130.00 | 366.00 | 0.00 | 0.00 | 23,436.00 |
| **Sub Total (Excludes Markups)** | | | **16,383.68** | **53,914.17** | **0.00** | **2,240.16** | **72,538.01** |

#### Roof area #2 :

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| Roofing | | | | | | | |
| BUILT-UP ROOFING | | | | | | | |
| replace, 4 ply | 83 | sq | 91.43 | 194.12 | 0.00 | 12.67 | 24,752.26 |
| remove, 4 ply | 83 | sq | 0.00 | 101.20 | 0.00 | 0.00 | 8,399.60 |
| add to paint with aluminum UV coating | 83 | sq | 19.80 | 40.48 | 0.00 | 0.00 | 5,003.24 |
| add per lf of parapet wall, includes cant strip and roofing wrap up wall | 181 | lf | 11.66 | 10.95 | 0.00 | 0.83 | 4,242.64 |
| Install Recovery Board | 83 | sq | 0.00 | 105.41 | 0.00 | 0.00 | 8,749.03 |

# Forensic Building Science, Inc.

658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

## Customer Information

Douglas Brant
6801 NW 39th Expressway
Bethany, OK  73008

Bethany Medical Center

## Project Information

**Name**  Storm Damage Estimate
**Type**  Commercial
**Estimate Prepared By:**  Greg Crawford
**Estimate Approved By:**  Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

**Contact#** (651) 222-6509

## Estimate Information

**Terms:**  We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|

## Roof

### Roof area #2:

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| Roofing | | | | | | | |
| DRIP EDGE | | | | | | | |
| replace | 518 | lf | 0.57 | 0.29 | 0.00 | 0.00 | 445.48 |
| PIPE JACK | | | | | | | |
| replace | 14 | ea | 10.58 | 8.50 | 0.00 | 0.00 | 267.12 |
| remove | 14 | ea | 0.00 | 9.94 | 0.00 | 0.00 | 139.16 |
| ROOF VENT | | | | | | | |
| replace, turtle | 7 | ea | 20.00 | 17.02 | 0.00 | 0.00 | 259.14 |
| FURNACE VENT CAP | | | | | | | |
| replace | 10 | ea | 13.92 | 9.94 | 0.00 | 0.00 | 238.60 |
| remove | 10 | ea | 0.00 | 12.51 | 0.00 | 0.00 | 125.10 |
| REMOVE AND REINSTALL AC COMPRESSOR | | | | | | | |
| rebuild platform flat roof | | | | | | | |
| One to 5 ton unit | 4 | ea | 0.00 | 460.00 | 0.00 | 0.00 | 1,840.00 |
| Over 5 to 10 ton unit | 6 | ea | 0.00 | 690.00 | 0.00 | 0.00 | 4,140.00 |
| Install 2" ISO Insulation Board | 83 | SQ | 66.00 | 188.00 | 0.00 | 0.00 | 21,082.00 |
| Install 1/4" per 12" Tapred ISO Insulation Board | 83 | SQ | 130.00 | 366.00 | 0.00 | 0.00 | 41,168.00 |
| Rough Carpentry | | | | | | | |
| WALL OR ROOF SHEATHING | | | | | | | |
| Remove, all thicknesses | 4150 | sf | 0.00 | 0.56 | 0.00 | 0.00 | 2,324.00 |
| CDX PLYWOOD SHEATHING, REPLACE | | | | | | | |
| 3/4" thick | 4150 | sf | 1.20 | 0.95 | 0.00 | 0.00 | 8,922.50 |
| **Sub Total (Excludes Markups)** | | | **33,313.13** | **97,582.90** | **0.00** | **1,201.84** | **132,097.87** |

### Roof area #3:

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| Roofing | | | | | | | |
| BUILT-UP ROOFING | | | | | | | |
| replace, 4 ply | 104 | sq | 91.43 | 194.12 | 0.00 | 12.67 | 31,014.88 |
| remove, 4 ply | 104 | sq | 0.00 | 101.20 | 0.00 | 0.00 | 10,524.80 |

# Forensic Building Science, Inc.

658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

## Customer Information

Douglas Brant
6801 NW 39th Expressway
Bethany, OK 73008

Bethany Medical Center

## Project Information

**Name** Storm Damage Estimate
**Type** Commercial
**Estimate Prepared By:** Greg Crawford
**Estimate Approved By:** Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

**Contact#** (651) 222-6509

## Estimate Information

**Terms:** We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|

## Roof

### Roof area #3:

Roofing

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| add to paint with aluminum UV coating | 104 | sq | 19.80 | 40.48 | 0.00 | 0.00 | 6,269.12 |
| Install Recovery Board | 104 | sq | 0.00 | 105.41 | 0.00 | 0.00 | 10,962.64 |
| CHIMNEY SAW-KERF FLASHING | | | | | | | |
| replace | 293 | lf | 8.05 | 7.67 | 0.00 | 0.00 | 4,605.96 |
| PIPE JACK | | | | | | | |
| replace | 14 | ea | 10.58 | 8.50 | 0.00 | 0.00 | 267.12 |
| remove | 14 | ea | 0.00 | 9.94 | 0.00 | 0.00 | 139.16 |
| ROOF VENT | | | | | | | |
| replace, turtle | 12 | ea | 20.00 | 17.02 | 0.00 | 0.00 | 444.24 |
| FURNACE VENT CAP | | | | | | | |
| replace | 8 | ea | 13.92 | 9.94 | 0.00 | 0.00 | 190.88 |
| remove | 8 | ea | 0.00 | 12.51 | 0.00 | 0.00 | 100.08 |
| REMOVE AND REINSTALL AC COMPRESSOR | | | | | | | |
| rebuild platform flat roof | | | | | | | |
| One to 5 ton unit | 3 | ea | 0.00 | 460.00 | 0.00 | 0.00 | 1,380.00 |
| Over 5 to 10 ton unit | 4 | ea | 0.00 | 690.00 | 0.00 | 0.00 | 2,760.00 |
| Install 2" ISO Insulation Board | 104 | SQ | 66.00 | 188.00 | 0.00 | 0.00 | 26,416.00 |
| Install 1/4" per 12" Tapred ISO Insulation Board | 104 | SQ | 130.00 | 366.00 | 0.00 | 0.00 | 51,584.00 |

Rough Carpentry
ROOF SHEATHING

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| Remove, all thicknesses | 7800 | sf | 0.00 | 0.56 | 0.00 | 0.00 | 4,368.00 |
| 3/4" thick | 7800 | sf | 1.20 | 0.95 | 0.00 | 0.00 | 16,770.00 |
| **Sub Total (Excludes Markups)** | | | **44,170.05** | **122,309.15** | **0.00** | **1,317.68** | **167,796.88** |

### Roof area #4:

Roofing
BUILT-UP ROOFING

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| replace, 4 ply | 11.5 | sq | 91.43 | 194.12 | 0.00 | 12.67 | 3,429.53 |

# Forensic Building Science, Inc.
658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

**Customer Information**

Douglas Brant
6801 NW 39th Expressway
Bethany, OK  73008

Bethany Medical Center

**Project Information**

Name   Storm Damage Estimate
Type   Commercial
Estimate Prepared By:   Greg Crawford
Estimate Approved By:   Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

Contact#  (651) 222-6509

## Estimate Information

**Terms:**  We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| **Roof** | | | | | | | |
| **Roof area #4:** | | | | | | | |
| Roofing | | | | | | | |
| remove, 4 ply | 11.5 | sq | 0.00 | 101.20 | 0.00 | 0.00 | 1,163.80 |
| add to paint with aluminum UV coating | 11.5 | sq | 19.80 | 40.48 | 0.00 | 0.00 | 693.22 |
| DRIP EDGE | | | | | | | |
| replace | 136 | lf | 0.57 | 0.29 | 0.00 | 0.00 | 116.96 |
| remove | 136 | lf | 0.00 | 0.15 | 0.00 | 0.00 | 20.40 |
| Install 2" ISO Insulation Board | 11.5 | SQ | 66.00 | 188.00 | 0.00 | 0.00 | 2,921.00 |
| Install 1/4" per 12" Tapred ISO Insulation Board | 11.5 | SQ | 130.00 | 366.00 | 0.00 | 0.00 | 5,704.00 |
| **Sub Total (Excludes Markups)** | | | 3,610.67 | 10,292.54 | 0.00 | 145.71 | 14,048.91 |
| **Roof Sub Total (Excludes Markups)** | | | 97,477.52 | 284,098.76 | 0.00 | 4,905.38 | 386,481.67 |
| **Interior-Main level** | | | | | | | |
| **Site-1: Business office** | | | | | | | |
| Flooring | | | | | | | |
| GLUE-DOWN CARPET | | | | | | | |
| replace, standard grade | 37.5 | sy | 17.44 | 6.84 | 0.00 | 0.00 | 910.50 |
| RUBBER BASE | | | | | | | |
| replace, standard grade | 80 | lf | 2.25 | 0.82 | 0.00 | 0.00 | 245.60 |
| remove | 80 | lf | 0.00 | 0.37 | 0.00 | 0.00 | 29.60 |
| Suspended Ceilings | | | | | | | |
| 2' X 2' SUSPENDED CEILING TILE | | | | | | | |
| textured face | 336 | sf | 1.23 | 0.36 | 0.00 | 0.00 | 534.24 |
| remove | 336 | sf | 0.00 | 0.14 | 0.00 | 0.00 | 47.04 |
| add for fire-rated tile installed with clips | 336 | sf | 0.53 | 0.36 | 0.00 | 0.00 | 299.04 |

# Forensic Building Science, Inc.

658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

## Customer Information

Douglas Brant
6801 NW 39th Expressway
Bethany, OK  73008

Bethany Medical Center

## Project Information

**Name**  Storm Damage Estimate
**Type**    Commercial
**Estimate Prepared By:**   Greg Crawford
**Estimate Approved By:**   Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

**Contact#**  (651) 222-6509

## Estimate Information

**Terms:**  We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| **Interior-Main level** | | | | | | | |
| **Site-1: Business office** | | | | | | | |
| **Sub Total (Excludes Markups)** | | | 1,425.36 | 640.66 | 0.00 | 0.00 | 2,066.02 |
| **Site-2: Examination room** | | | | | | | |
| Cleaning | | | | | | | |
| FLOORING CLEANING | | | | | | | |
| clean and wax vinyl floor | 121 | sf | 0.01 | 0.26 | 0.00 | 0.00 | 32.67 |
| Masking & Moving | | | | | | | |
| MASK ROOM | | | | | | | |
| Average size | 1 | ea | 4.14 | 38.64 | 0.00 | 0.00 | 42.78 |
| Painting | | | | | | | |
| PAINT PLASTER OR DRYWALL | | | | | | | |
| prime | 352 | sf | 0.15 | 0.29 | 0.00 | 0.00 | 154.88 |
| 2 coats | 352 | sf | 0.24 | 0.47 | 0.00 | 0.00 | 249.92 |
| Suspended Ceilings | | | | | | | |
| 2' X 2' SUSPENDED CEILING TILE | | | | | | | |
| textured face | 121 | sf | 1.23 | 0.36 | 0.00 | 0.00 | 192.39 |
| remove | 121 | sf | 0.00 | 0.14 | 0.00 | 0.00 | 16.94 |
| add for fire-rated tile installed with clips | 121 | sf | 0.53 | 0.36 | 0.00 | 0.00 | 107.69 |
| **Sub Total (Excludes Markups)** | | | 355.59 | 441.68 | 0.00 | 0.00 | 797.27 |
| **Site-3: Dr. Brant Hallway** | | | | | | | |
| Flooring | | | | | | | |
| GLUE-DOWN CARPET | | | | | | | |
| replace, standard grade | 24 | sy | 17.44 | 6.84 | 0.00 | 0.00 | 582.72 |
| remove | 24 | sy | 0.00 | 5.19 | 0.00 | 0.00 | 124.56 |
| RUBBER BASE | | | | | | | |
| replace, standard grade | 116 | lf | 2.25 | 0.82 | 0.00 | 0.00 | 356.12 |

# Forensic Building Science, Inc.

658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

**Customer Information**

Douglas Brant
6801 NW 39th Expressway
Bethany, OK  73008

Bethany Medical Center

**Project Information**

Name   Storm Damage Estimate
Type   Commercial
Estimate Prepared By:   Greg Crawford
Estimate Approved By:   Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

Contact#  (651) 222-6509

**Estimate Information**

Terms:   We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|

## Interior-Main level

### Site-3: Dr. Brant Hallway

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| Flooring | | | | | | | |
| remove | 116 | lf | 0.00 | 0.37 | 0.00 | 0.00 | 42.92 |
| Suspended Ceilings | | | | | | | |
| 2' X 2' SUSPENDED CEILING TILE | | | | | | | |
| textured face | 216 | sf | 1.23 | 0.36 | 0.00 | 0.00 | 343.44 |
| remove | 216 | sf | 0.00 | 0.14 | 0.00 | 0.00 | 30.24 |
| add for fire-rated tile installed with clips | 216 | sf | 0.53 | 0.36 | 0.00 | 0.00 | 192.24 |
| **Sub Total (Excludes Markups)** | | | **1,059.72** | **612.52** | **0.00** | **0.00** | **1,672.24** |

### Site-4: Record Room

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| Flooring | | | | | | | |
| GLUE-DOWN CARPET | | | | | | | |
| replace, standard grade | 63 | sy | 17.44 | 6.84 | 0.00 | 0.00 | 1,529.64 |
| remove | 63 | sy | 0.00 | 5.19 | 0.00 | 0.00 | 326.97 |
| RUBBER BASE | | | | | | | |
| replace, standard grade | 96 | lf | 2.25 | 0.82 | 0.00 | 0.00 | 294.72 |
| remove | 96 | lf | 0.00 | 0.37 | 0.00 | 0.00 | 35.52 |
| Masking & Moving | | | | | | | |
| MASK ROOM | | | | | | | |
| Average size | 1 | ea | 4.14 | 38.64 | 0.00 | 0.00 | 42.78 |
| MOVE AND COVER ROOM CONTENTS | | | | | | | |
| Heavy or above average | 1 | ea | 13.13 | 57.96 | 0.00 | 0.00 | 71.09 |
| Painting | | | | | | | |
| PAINT PLASTER OR DRYWALL | | | | | | | |
| prime | 768 | sf | 0.15 | 0.29 | 0.00 | 0.00 | 337.92 |
| 2 coats | 768 | sf | 0.24 | 0.47 | 0.00 | 0.00 | 545.28 |
| Suspended Ceilings | | | | | | | |
| 2' X 2' SUSPENDED CEILING TILE | | | | | | | |
| textured face | 560 | sf | 1.23 | 0.36 | 0.00 | 0.00 | 890.40 |

# Forensic Building Science, Inc.

658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

## Customer Information

Douglas Brant
6801 NW 39th Expressway
Bethany, OK  73008

Bethany Medical Center

## Project Information

**Name**  Storm Damage Estimate
**Type**  Commercial
**Estimate Prepared By:**   Greg Crawford
**Estimate Approved By:**   Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

**Contact#**  (651) 222-6509

## Estimate Information

**Terms:**  We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| **Interior-Main level** | | | | | | | |
| **Site-4: Record Room** | | | | | | | |
| Suspended Ceilings | | | | | | | |
| remove | 560 | sf | 0.00 | 0.14 | 0.00 | 0.00 | 78.40 |
| add for fire-rated tile installed with clips | 560 | sf | 0.53 | 0.36 | 0.00 | 0.00 | 498.40 |
| **Sub Total (Excludes Markups)** | | | **2,617.11** | **2,034.01** | **0.00** | **0.00** | **4,651.12** |
| **Site-5: office** | | | | | | | |
| Cleaning | | | | | | | |
| FLOORING CLEANING | | | | | | | |
| clean and wax vinyl floor | 110 | sf | 0.01 | 0.26 | 0.00 | 0.00 | 29.70 |
| Drywall | | | | | | | |
| 1/2" DRYWALL INSTALLED | | | | | | | |
| replace, with smooth-wall finish | 32 | sf | 0.71 | 1.70 | 0.00 | 0.00 | 77.12 |
| remove, drywall | 32 | sf | 0.00 | 0.27 | 0.00 | 0.00 | 8.64 |
| add for 1/2" type X fire-rated drywall | 32 | sf | 0.13 | 0.00 | 0.00 | 0.00 | 4.16 |
| Masking & Moving | | | | | | | |
| MASK ROOM | | | | | | | |
| Average size | 1 | ea | 4.14 | 38.64 | 0.00 | 0.00 | 42.78 |
| Painting | | | | | | | |
| PAINT PLASTER OR DRYWALL | | | | | | | |
| prime | 336 | sf | 0.15 | 0.29 | 0.00 | 0.00 | 147.84 |
| 2 coats | 336 | sf | 0.24 | 0.47 | 0.00 | 0.00 | 238.56 |
| Suspended Ceilings | | | | | | | |
| 2' X 2' SUSPENDED CEILING TILE | | | | | | | |
| textured face | 110 | sf | 1.23 | 0.36 | 0.00 | 0.00 | 174.90 |
| remove | 110 | sf | 0.00 | 0.14 | 0.00 | 0.00 | 15.40 |
| add for fire-rated tile installed with clips | 110 | sf | 0.53 | 0.36 | 0.00 | 0.00 | 97.90 |
| Water Damage Remediation | | | | | | | |
| WATER DAMAGE REMEDIATION | | | | | | | |

# Forensic Building Science, Inc.
658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

**Customer Information**

Douglas Brant
6801 NW 39th Expressway
Bethany, OK  73008

Bethany Medical Center

**Project Information**

Name    Storm Damage Estimate
Type    Commercial
Estimate Prepared By:    Greg Crawford
Estimate Approved By:    Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

**Contact#** (651) 222-6509

**Estimate Information**

**Terms:**   We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| **Interior-Main level** | | | | | | | |
| **Site-5: office** | | | | | | | |
| Water Damage Remediation | | | | | | | |
| TEAR-OUT WALL FINISHES | | | | | | | |
| Remove contaminated drywall | 32 | sf | 0.21 | 0.17 | 0.00 | 0.00 | 12.16 |
| TREAT CONTAMINATED FRAMING WITH ANTIMICROBIAL SPRAY | | | | | | | |
| Treat 2" x 4" framing with antimicrobial spray | 32 | sf | 0.21 | 0.08 | 0.00 | 0.00 | 9.28 |
| ENCAPSULATE FRAMING | | | | | | | |
| Encapsulate treated 2" x 4" framing with sealer | 32 | sf | 0.57 | 0.17 | 0.00 | 0.00 | 23.68 |
| **Sub Total (Excludes Markups)** | | | **388.44** | **493.68** | **0.00** | **0.00** | **882.12** |
| **Site-6: Main hallway** | | | | | | | |
| Cleaning | | | | | | | |
| FLOORING CLEANING | | | | | | | |
| clean carpet | 294 | sf | 0.01 | 0.23 | 0.00 | 0.00 | 70.56 |
| Suspended Ceilings | | | | | | | |
| 2' X 2' SUSPENDED CEILING TILE | | | | | | | |
| textured face | 294 | sf | 1.23 | 0.36 | 0.00 | 0.00 | 467.46 |
| remove | 294 | sf | 0.00 | 0.14 | 0.00 | 0.00 | 41.16 |
| add for fire-rated tile installed with clips | 294 | sf | 0.53 | 0.36 | 0.00 | 0.00 | 261.66 |
| **Sub Total (Excludes Markups)** | | | **520.38** | **320.46** | **0.00** | **0.00** | **840.84** |
| **Site-7: Lynn Hallway** | | | | | | | |
| Flooring | | | | | | | |
| GLUE-DOWN CARPET | | | | | | | |
| replace, standard grade | 28 | sy | 17.44 | 6.84 | 0.00 | 0.00 | 679.84 |
| remove | 28 | sy | 0.00 | 5.19 | 0.00 | 0.00 | 145.32 |
| RUBBER BASE | | | | | | | |

# Forensic Building Science, Inc.
658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

**Customer Information**

Douglas Brant
6801 NW 39th Expressway
Bethany, OK  73008

Bethany Medical Center

**Project Information**

Name    Storm Damage Estimate
Type    Commercial
Estimate Prepared By:    Greg Crawford
Estimate Approved By:    Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

**Contact#** (651) 222-6509

**Estimate Information**

**Terms:**  We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| **Interior-Main level** | | | | | | | |
| **Site-7: Lynn Hallway** | | | | | | | |
| Flooring | | | | | | | |
| replace, standard grade | 122 | lf | 2.25 | 0.82 | 0.00 | 0.00 | 374.54 |
| remove | 122 | lf | 0.00 | 0.37 | 0.00 | 0.00 | 45.14 |
| Suspended Ceilings | | | | | | | |
| 2' X 2' SUSPENDED CEILING TILE | | | | | | | |
| textured face | 248 | sf | 1.23 | 0.36 | 0.00 | 0.00 | 394.32 |
| remove | 248 | sf | 0.00 | 0.14 | 0.00 | 0.00 | 34.72 |
| add for fire-rated tile installed with clips | 248 | sf | 0.53 | 0.36 | 0.00 | 0.00 | 220.72 |
| **Sub Total (Excludes Markups)** | | | **1,199.30** | **695.30** | **0.00** | **0.00** | **1,894.60** |
| **Site-8: Hallway-Tornado area** | | | | | | | |
| Cleaning | | | | | | | |
| FLOORING CLEANING | | | | | | | |
| clean carpet | 592 | sf | 0.01 | 0.23 | 0.00 | 0.00 | 142.08 |
| Suspended Ceilings | | | | | | | |
| 2' X 2' SUSPENDED CEILING TILE | | | | | | | |
| textured face | 592 | sf | 1.23 | 0.36 | 0.00 | 0.00 | 941.28 |
| remove | 592 | sf | 0.00 | 0.14 | 0.00 | 0.00 | 82.88 |
| add for fire-rated tile installed with clips | 592 | sf | 0.53 | 0.36 | 0.00 | 0.00 | 526.88 |
| **Sub Total (Excludes Markups)** | | | **1,047.84** | **645.28** | **0.00** | **0.00** | **1,693.12** |
| **Site-9: Nurse office** | | | | | | | |
| Cleaning | | | | | | | |
| LIGHT FIXTURES CLEANING | | | | | | | |
| clean fluorescent light fixture | 2 | ea | 0.62 | 14.72 | 0.00 | 0.00 | 30.68 |
| Flooring | | | | | | | |

# Forensic Building Science, Inc.

658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

## Customer Information

Douglas Brant
6801 NW 39th Expressway
Bethany, OK 73008

Bethany Medical Center

## Project Information

**Name** Storm Damage Estimate
**Type** Commercial
**Estimate Prepared By:** Greg Crawford
**Estimate Approved By:** Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

**Contact#** (651) 222-6509

## Estimate Information

**Terms:** We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|

## Interior-Main level

### Site-9: Nurse office

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| Flooring | | | | | | | |
| GLUE-DOWN CARPET | | | | | | | |
| replace, high grade | 15 | sy | 23.13 | 6.84 | 0.00 | 0.00 | 449.55 |
| remove | 15 | sy | 0.00 | 5.19 | 0.00 | 0.00 | 77.85 |
| Masking & Moving | | | | | | | |
| MASK ROOM | | | | | | | |
| Average size | 1 | ea | 4.14 | 38.64 | 0.00 | 0.00 | 42.78 |
| MOVE AND COVER ROOM CONTENTS | | | | | | | |
| Heavy or above average | 1 | ea | 13.13 | 57.96 | 0.00 | 0.00 | 71.09 |
| Painting | | | | | | | |
| PAINT PLASTER OR DRYWALL | | | | | | | |
| prime | 368 | sf | 0.15 | 0.29 | 0.00 | 0.00 | 161.92 |
| 2 coats | 368 | sf | 0.24 | 0.47 | 0.00 | 0.00 | 261.28 |
| Suspended Ceilings | | | | | | | |
| 2' X 2' SUSPENDED CEILING TILE | | | | | | | |
| textured face | 132 | sf | 1.23 | 0.36 | 0.00 | 0.00 | 209.88 |
| remove | 132 | sf | 0.00 | 0.14 | 0.00 | 0.00 | 18.48 |
| add for fire-rated tile installed with clips | 132 | sf | 0.53 | 0.36 | 0.00 | 0.00 | 117.48 |
| **Sub Total (Excludes Markups)** | | | **741.30** | **699.69** | **0.00** | **0.00** | **1,440.99** |

### Site-10: X-ray hall way

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| Cleaning | | | | | | | |
| FLOORING CLEANING | | | | | | | |
| clean carpet | 296 | sf | 0.01 | 0.23 | 0.00 | 0.00 | 71.04 |
| clean and wax vinyl floor | 256 | sf | 0.01 | 0.26 | 0.00 | 0.00 | 69.12 |
| Flooring | | | | | | | |
| ADD FOR CARPET COVE | | | | | | | |
| replace, standard grade | 70 | lf | 3.13 | 5.53 | 0.00 | 0.00 | 606.20 |
| remove | 70 | lf | 0.00 | 0.74 | 0.00 | 0.00 | 51.80 |

# Forensic Building Science, Inc.

658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

### Customer Information

Douglas Brant
6801 NW 39th Expressway
Bethany, OK 73008

Bethany Medical Center

### Project Information

**Name** Storm Damage Estimate
**Type** Commercial
**Estimate Prepared By:** Greg Crawford
**Estimate Approved By:** Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

**Contact#** (651) 222-6509

### Estimate Information

**Terms:** We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| **Interior-Main level** | | | | | | | |
| **Site-10: X-ray hall way** | | | | | | | |
| Masking & Moving | | | | | | | |
| MOVE AND COVER ROOM CONTENTS | | | | | | | |
| Heavy or above average | 2 | ea | 13.13 | 57.96 | 0.00 | 0.00 | 142.18 |
| Suspended Ceilings | | | | | | | |
| 2' X 2' SUSPENDED CEILING TILE | | | | | | | |
| textured face | 552 | sf | 1.23 | 0.36 | 0.00 | 0.00 | 877.68 |
| remove | 552 | sf | 0.00 | 0.14 | 0.00 | 0.00 | 77.28 |
| add for fire-rated tile installed with clips | 552 | sf | 0.53 | 0.36 | 0.00 | 0.00 | 491.28 |
| **Sub Total (Excludes Markups)** | | | **1,222.40** | **1,164.18** | **0.00** | **0.00** | **2,386.58** |
| **Site-11: Back Hallway** | | | | | | | |
| Flooring | | | | | | | |
| GLUE-DOWN CARPET | | | | | | | |
| replace, standard grade | 41 | sy | 17.44 | 6.84 | 0.00 | 0.00 | 995.48 |
| remove | 41 | sy | 0.00 | 5.19 | 0.00 | 0.00 | 212.79 |
| ADD FOR CARPET COVE | | | | | | | |
| replace, standard grade | 118 | lf | 3.13 | 5.53 | 0.00 | 0.00 | 1,021.88 |
| Suspended Ceilings | | | | | | | |
| 2' X 2' SUSPENDED CEILING TILE | | | | | | | |
| textured face | 196 | sf | 1.23 | 0.36 | 0.00 | 0.00 | 311.64 |
| remove | 196 | sf | 0.00 | 0.14 | 0.00 | 0.00 | 27.44 |
| add for fire-rated tile installed with clips | 196 | sf | 0.53 | 0.36 | 0.00 | 0.00 | 174.44 |
| **Sub Total (Excludes Markups)** | | | **1,429.34** | **1,314.33** | **0.00** | **0.00** | **2,743.67** |
| **Site-12: Pharmacy** | | | | | | | |
| Acoustic Ceilings | | | | | | | |

# Forensic Building Science, Inc.

658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

## Customer Information

Douglas Brant
6801 NW 39th Expressway
Bethany, OK  73008

Bethany Medical Center

## Project Information

**Name**  Storm Damage Estimate
**Type**  Commercial
**Estimate Prepared By:**  Greg Crawford
**Estimate Approved By:**  Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

**Contact#**  (651) 222-6509

## Estimate Information

**Terms:**  We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|

### Interior-Main level

#### Site-12: Pharmacy

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| Acoustic Ceilings | | | | | | | |
| 1/2" CEILING TILES GLUED ON FLAT CEILING | | | | | | | |
| replace, textured face | 768 | sf | 1.79 | 1.13 | 0.00 | 0.00 | 2,242.56 |
| remove only | 768 | sf | 0.00 | 0.53 | 0.00 | 0.00 | 407.04 |
| Drywall | | | | | | | |
| 1/2" DRYWALL INSTALLED | | | | | | | |
| replace, with smooth-wall finish | 64 | sf | 0.71 | 1.70 | 0.00 | 0.00 | 154.24 |
| remove, drywall | 64 | sf | 0.00 | 0.27 | 0.00 | 0.00 | 17.28 |
| add for 1/2" type X fire-rated drywall | 64 | sf | 0.13 | 0.00 | 0.00 | 0.00 | 8.32 |
| Flooring | | | | | | | |
| GLUE-DOWN CARPET | | | | | | | |
| replace, high grade | 86 | sy | 23.13 | 6.84 | 0.00 | 0.00 | 2,577.42 |
| remove | 86 | sy | 0.00 | 5.19 | 0.00 | 0.00 | 446.34 |
| RUBBER BASE | | | | | | | |
| replace, standard grade | 112 | lf | 2.25 | 0.82 | 0.00 | 0.00 | 343.84 |
| remove | 112 | lf | 0.00 | 0.37 | 0.00 | 0.00 | 41.44 |
| Masking & Moving | | | | | | | |
| MASK ROOM | | | | | | | |
| Large | 1 | ea | 4.84 | 45.91 | 0.00 | 0.00 | 50.75 |
| MOVE AND COVER ROOM CONTENTS | | | | | | | |
| Heavy or above average | 1 | ea | 13.13 | 57.96 | 0.00 | 0.00 | 71.09 |
| Painting | | | | | | | |
| PAINT PLASTER OR DRYWALL | | | | | | | |
| prime | 896 | sf | 0.15 | 0.29 | 0.00 | 0.00 | 394.24 |
| 2 coats | 896 | sf | 0.24 | 0.47 | 0.00 | 0.00 | 636.16 |
| **Sub Total (Excludes Markups)** | | | **4,037.07** | **3,353.65** | **0.00** | **0.00** | **7,390.72** |

#### Site-13: Reception area

# Forensic Building Science, Inc.

658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

**Customer Information**

Douglas Brant
6801 NW 39th Expressway
Bethany, OK  73008

Bethany Medical Center

**Project Information**

Name     Storm Damage Estimate
Type     Commercial
Estimate Prepared By:     Greg Crawford
Estimate Approved By:     Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

Contact#  (651) 222-6509

**Estimate Information**

Terms:   We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|

## Interior-Main level

### Site-13: Reception area

Cleaning
  FLOORING CLEANING
    clean carpet — 1248 sf — 0.01 — 0.23 — 0.00 — 0.00 — 299.52
Masking & Moving
  MOVE AND COVER ROOM CONTENTS
    Average — 1 ea — 11.56 — 45.91 — 0.00 — 0.00 — 57.47
Suspended Ceilings
  2' X 2' SUSPENDED CEILING TILE
    textured face — 1248 sf — 1.23 — 0.36 — 0.00 — 0.00 — 1,984.32
    remove — 1248 sf — 0.00 — 0.14 — 0.00 — 0.00 — 174.72
    add for fire-rated tile installed with clips — 1248 sf — 0.53 — 0.36 — 0.00 — 0.00 — 1,110.72

**Sub Total (Excludes Markups)** — 2,220.52 — 1,406.23 — 0.00 — 0.00 — 3,626.75

### Site-14: Dentistry

Suspended Ceilings
  2' X 2' SUSPENDED CEILING TILE
    textured face — 240 sf — 1.23 — 0.36 — 0.00 — 0.00 — 381.60
    remove — 240 sf — 0.00 — 0.14 — 0.00 — 0.00 — 33.60
    add for fire-rated tile installed with clips — 240 sf — 0.53 — 0.36 — 0.00 — 0.00 — 213.60

**Sub Total (Excludes Markups)** — 422.40 — 206.40 — 0.00 — 0.00 — 628.80

### Site-15 : Hallway

Flooring
  GLUE-DOWN CARPET
    replace, standard grade — 58.7 sy — 17.44 — 6.84 — 0.00 — 0.00 — 1,425.24
    remove — 58.7 sy — 0.00 — 5.19 — 0.00 — 0.00 — 304.65
  ADD FOR CARPET COVE

# Forensic Building Science, Inc.

658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

| **Customer Information** | **Project Information** | |
|---|---|---|
| Douglas Brant | **Name** Storm Damage Estimate | |
| 6801 NW 39th Expressway | **Type** Commercial | **Contact#** (651) 222-6509 |
| Bethany, OK 73008 | **Estimate Prepared By:** Greg Crawford | |
| | **Estimate Approved By:** Tom Irmiter | |
| Bethany Medical Center | Forensic Building Science, Inc. | |
| | 658 Laurel Avenue, Saint Paul, MN 55104 | |

### Estimate Information

**Terms:** We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| **Interior-Main level** | | | | | | | |
| **Site-15: Hallway** | | | | | | | |
| Flooring | | | | | | | |
| replace, standard grade | 188 | lf | 3.13 | 5.53 | 0.00 | 0.00 | 1,628.08 |
| **Sub Total (Excludes Markups)** | | | **1,612.17** | **1,745.80** | **0.00** | **0.00** | **3,357.97** |
| **Site-16: Unassigned area** | | | | | | | |
| Acoustic Ceilings | | | | | | | |
| 1/2" CEILING TILES GLUED ON FLAT CEILING | | | | | | | |
| replace, textured face | 304 | sf | 1.79 | 1.13 | 0.00 | 0.00 | 887.68 |
| remove only | 304 | sf | 0.00 | 0.53 | 0.00 | 0.00 | 161.12 |
| Cleaning | | | | | | | |
| LIGHT FIXTURES CLEANING | | | | | | | |
| clean fluorescent light fixture | 2 | ea | 0.62 | 14.72 | 0.00 | 0.00 | 30.68 |
| FLOORING CLEANING | | | | | | | |
| clean and wax vinyl floor | 420 | sf | 0.01 | 0.26 | 0.00 | 0.00 | 113.40 |
| Suspended Ceilings | | | | | | | |
| 2' X 2' SUSPENDED CEILING TILE | | | | | | | |
| textured face | 116 | sf | 1.23 | 0.36 | 0.00 | 0.00 | 184.44 |
| remove | 116 | sf | 0.00 | 0.14 | 0.00 | 0.00 | 16.24 |
| add for fire-rated tile installed with clips | 116 | sf | 0.53 | 0.36 | 0.00 | 0.00 | 103.24 |
| Wall Coverings | | | | | | | |
| WALL COVERINGS | | | | | | | |
| STRIP WALLPAPER | | | | | | | |
| nonstrippable | 192 | sf | 0.00 | 1.17 | 0.00 | 0.00 | 224.64 |
| VINYL-COATED WALLPAPER | | | | | | | |
| replace standard grade | 192 | sf | 1.29 | 1.55 | 0.00 | 0.00 | 545.28 |
| **Sub Total (Excludes Markups)** | | | **1,001.44** | **1,265.28** | **0.00** | **0.00** | **2,266.72** |
| **Interior-Main level Sub Total (Excludes Markups)** | | | **21,300.38** | **17,039.15** | **0.00** | **0.00** | **38,339.53** |

# Forensic Building Science, Inc.

658 Laurel Avenue
Saint Paul, MN 55104
651-222-6509
teirmiter@forensicbuildingscience.com

## Customer Information

Douglas Brant
6801 NW 39th Expressway
Bethany, OK 73008

Bethany Medical Center

## Project Information

**Name** Storm Damage Estimate
**Type** Commercial
**Estimate Prepared By:** Greg Crawford
**Estimate Approved By:** Tom Irmiter
Forensic Building Science, Inc.
658 Laurel Avenue, Saint Paul, MN 55104

**Contact#** (651) 222-6509

## Estimate Information

**Terms:** We are pleased to submit to you the following estimate

| Description | QTY | Units | Material | Labor | Subcontract | Equipment | Cost |
|---|---|---|---|---|---|---|---|
| Cost | | | 187,474.24 | 326,081.71 | 7,200.00 | 24,017.18 | $544,773.13 |
| Profit && Overhead | | | 39,369.59 | 68,477.16 | 1,512.00 | 5,043.61 | $114,402.36 |
| Summary | | | 226,843.83 | 394,558.87 | 8,712.00 | 29,060.79 | $659,175.49 |
| Sales Tax | | | | | | | $51,580.48 |
| TOTAL | | | | | | | $710,755.97 |