# QUALITY CONTROLLED LOCAL CLIMATOLOGICAL DATA
## (final)
**NOAA, National Climatic Data Center**
**Month: 05/2010**

**Station Location:** **WILEY POST AIRPORT (03954)**
**OKLAHOMA CITY, OK**
Lat. 35.534   Lon. -97.646
Elevation(Ground): 1297 ft. above sea level

| Date | Temperature (Fahrenheit) | | | | | | Degree Days Base 65 Degrees | | Sun | | Significant Weather | Snow/Ice on Ground(In) | Precipitation (In) | | | Pressure(inches of Hg) | | Wind: Speed=mph Dir=tens of degrees | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Max. | Min. | Avg | Dep From Normal | Avg Dew pt | Avg Wet Bulb | Heating | Cooling | Sunrise LST | Sunset LST | | 1200 UTC Depth | 1800 UTC Water Equiv | 2400 LST Snow Fall | 2400 LST Water Equiv | Avg. Station | Avg. Sea Level | Resultant Speed | Dir | Res Speed | Dir | max 5-second Speed | Dir | max 2-minute Speed | Dir | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 01 | 68 | 50 | 59 | M | 46 | 53 | 6 | 0 | - | - | RA | M | M | M | T | 28.24 | 29.60 | 3.5 | 21 | 5.2 | 16 | 260 | 13 | 240 | 01 |
| 02 | 78 | 50 | 64 | M | 42 | 52 | 1 | 0 | - | - | | M | M | M | T | 28.28 | 29.62 | 10.9 | 20 | 11.5 | 30 | 200 | 24 | 190 | 02 |
| 03 | 74 | 46 | 60 | M | 45 | 53 | 5 | 0 | - | - | | M | M | M | 0.00 | 28.56 | 29.90 | 4.7 | 24 | 7.8 | 28 | 230 | 23 | 230 | 03 |
| 04 | 84 | 49 | 67 | M | 48 | 57 | 0 | 2 | - | - | | M | M | M | 0.00 | 28.41 | 29.78 | 16.8 | 18 | 17.3 | 39 | 190 | 29 | 180 | 04 |
| 05 | 81 | 56 | 69 | M | 47 | 57 | 0 | 4 | - | - | | M | M | M | 0.00 | 28.48 | 29.81 | 7.2 | 01 | 13.8 | 37 | 030 | 29 | 010 | 05 |
| 06 | 90 | 59 | 75 | M | 55 | 63 | 0 | 10 | - | - | | M | M | M | 0.00 | 28.32 | 29.67 | 14.0 | 16 | 16.2 | 43 | 170 | 33 | 180 | 06 |
| 07 | 78 | 50 | 64 | M | 43 | 53 | 1 | 0 | - | - | | M | M | M | 0.00 | 28.66 | 29.94 | 11.9 | 34 | 19.8 | 44 | 170 | 32 | 340 | 07 |
| 08 | 67 | 45* | 56* | M | 34 | 47 | 9 | 0 | - | - | | M | M | M | 0.00 | 28.90 | 30.27 | 9.0 | 06 | 10.1 | 25 | 050 | 21 | 040 | 08 |
| 09 | 64 | 55 | 60 | M | 43 | 50 | 5 | 0 | - | - | | M | M | M | 0.00 | 28.73 | 30.13 | 15.0 | 14 | 15.5 | 35 | 150 | 26 | 140 | 09 |
| 10 | 86 | 55 | 71 | M | 49 | M | 0 | 6 | - | - | TSRA BR | M | M | M | 0.04 | 28.31 | M | 14.8 | 17 | 18.5 | 49 | 170 | 38 | 170 | 10 |
| 11 | 85 | 48 | 67 | M | 57 | M | 0 | 2 | - | - | | M | M | M | 0.00 | 28.38 | M | 6.2 | 12 | 10.2 | 33 | 180 | 25 | 170 | 11 |
| 12 | 78 | 72 | 75 | M | 63 | 68 | 0 | 10 | - | - | RA | M | M | M | T | 28.36 | 29.68 | 18.4 | 17 | 18.8 | 51 | 140 | 37 | 130 | 12 |
| 13 | 73s | 51 | M | M | 50 | 53 | M | M | - | - | TSRA RA BR | M | M | M | 0.59 | 28.69 | 30.03 | 10.1 | 01 | 11.4 | 37 | 290 | 25 | 290 | 13 |
| 14 | 60 | 54 | 57 | M | 55 | 56 | 8 | 0 | - | - | TSRA RA BR VCTS | M | M | M | 0.78 | 28.76 | 30.31 | 9.9 | 03 | 10.8 | 24 | 050 | 21 | 050 | 14 |
| 15 | 68 | 58 | 63 | M | 57 | 59 | 2 | 0 | - | - | FG BR | M | M | M | T | 28.67 | 30.05 | 2.0 | 01 | 3.7 | 21 | 070 | 17 | 080 | 15 |
| 16 | 76 | 56 | 66 | M | 59 | 61 | 0 | 1 | - | - | TS TSRA RA FG+ BR | M | M | M | 0.96 | 28.64 | 30.00 | 1.6 | 35 | 3.5 | 45 | 360 | 35 | 360 | 16 |
| 17 | 75 | 55 | 65 | M | 56 | 59 | 0 | 0 | - | - | FG BR | M | M | M | 0.00 | 28.58 | 30.05 | 6.0 | 01 | 6.7 | 21 | 010 | 16 | 360 | 17 |
| 18 | 76 | 55 | 66 | M | 55 | 60 | 0 | 1 | - | - | | M | M | M | 0.00 | 28.59 | 29.97 | 5.9 | 09 | 6.9 | 20 | 090 | 15 | 080 | 18 |
| 19 | 81 | 59 | 70 | M | 61 | 63 | 0 | 5 | - | - | TSRA RA BR HZ | M | M | M | 0.29 | 28.32 | 29.79 | 7.9 | 14 | 12.0 | 31 | 150 | 24 | 160 | 19 |
| 20 | 76 | 57 | 67 | M | 56 | 60 | 0 | 2 | - | - | | M | M | M | 0.00 | 28.46 | 29.79 | 7.3 | 32 | 8.4 | 22 | 310 | 16 | 300 | 20 |
| 21 | 83 | 55 | 69 | M | 60 | 64 | 0 | 4 | - | - | | M | M | M | 0.00 | 28.53 | 29.89 | 6.7 | 14 | 8.8 | 28 | 170 | 21 | 170 | 21 |
| 22 | 84 | 71 | 78 | M | 67 | 70 | 0 | 13 | - | - | | M | M | M | 0.00 | 28.40 | 29.74 | 20.9 | 18 | 21.1 | 39 | 190 | 29 | 190 | 22 |
| 23 | 85 | 73 | 79 | M | 67 | 71 | 0 | 14 | - | - | | M | M | M | 0.00 | 28.47 | 29.79 | 20.8 | 18 | 21.4 | 45 | 200 | 36 | 190 | 23 |
| 24 | 86 | 72 | 79 | M | 67 | 72 | 0 | 14 | - | - | | M | M | M | 0.00 | 28.51 | 29.84 | 18.4 | 16 | 18.5 | 36 | 160 | 26 | 140 | 24 |
| 25 | 84 | 65 | 75 | M | 63 | 67 | 0 | 10 | - | - | RA | M | M | M | 0.04 | 28.61 | 29.93 | 4.7 | 14 | 10.2 | 28 | 050 | 23 | 050 | 25 |
| 26 | 87 | 65 | 76 | M | 64 | 69 | 0 | 11 | - | - | BR | M | M | M | 0.00 | 28.64 | 29.95 | 2.8 | 14 | 3.9 | 8s | 160 | 7s | 160 | 26 |
| 27 | 89 | 64 | 77 | M | 64 | 69 | 0 | 12 | - | - | | M | M | M | 0.00 | 28.64 | 29.99 | 2.3 | 11 | 3.8 | 17 | 080 | 14 | 080 | 27 |
| 28 | 90 | 67 | 79 | M | 64 | 69 | 0 | 14 | - | - | | M | M | M | 0.00 | 28.57 | 29.92 | 3.7 | 09 | 4.5 | 18 | 060 | 15 | 080 | 28 |
| 29 | 91 | 66 | 79 | M | 63 | 69 | 0 | 14 | - | - | | M | M | M | 0.00 | 28.46 | 29.80 | 6.6 | 15 | 7.9 | 22 | 070 | 15 | 140 | 29 |
| 30 | 93* | 70 | 82* | M | 65 | 70 | 0 | 17 | - | - | TS VCTS | M | M | M | 0.00 | 28.46 | 29.78 | 11.1 | 16 | 12.5 | 29 | 060 | 23 | 180 | 30 |
| 31 | 88 | 64 | 76 | M | 65 | 69 | 0 | 11 | - | - | TS TSRA BR VCTS | M | M | M | 2.06 | 28.56 | 29.90 | 4.6 | 14 | 8.6 | 67 | 260 | 32 | 280 | 31 |
| | 80.0 | 58.5 | 69.3 | | 55.7 | 61.3 | 1.2 | 5.9 | | | <-----Monthly Averages \| Totals-----> | | M | M | 4.76s | 28.53 | 29.88 | 4.8 | 15 | 11.3 | <Monthly Average | | | | |
| | M | M | M | | | | | | | | <-----------Departure From Normal-----------> | | | | | | | | | | | | | | |

**Degree Days**

| | Monthly | | Season to Date | |
|---|---|---|---|---|
| | Total | Departure | Total | Departure |
| Heating: | 37 | M | M | M |
| Cooling: | 177 | M | M | M |

Greatest 24-hr Precipitation: 2.06  Date: 31
Greatest 24-hr Snowfall: M  Date: M
Greatest Snow Depth: M  Date: M

Number of Days with --------

Max Temp >=90: 
Max Temp <=32: 0
Min Temp <=32: 0
Min Temp <=0 : 0
Thunderstorms : 9
Heavy Fog : 1

Precipitation >=.01 inch: 7
Precipitation >=.10 inch: 5
Snowfall >=1.0 inch : 0

| Sea Level Pressure | Date | Time (LST) |
|---|---|---|
| Maximum 30.40 | 08 | 0805 |
| Minimum 29.31 | 10 | 1604 |

**Data Version: VER2**

\* EXTREME FOR THE MONTH - LAST OCCURRENCE IF MORE THAN ONE.


EXHIBIT 8