IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) DOUGLAS W. BRANT d/b/a<br>BETHANY MEDICAL CLINIC,<br><br>　　　　Plaintiff,<br>vs.<br><br>(1) STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>　　　　Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CASE NO. CIV-12-656-F<br><br><br><br><br>JURY DEMANDED |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, Douglas W. Brant d/b/a Bethany Medical Clinic, and Defendant State Farm Fire and Casualty Company, file this Stipulation of Dismissal. The parties respectfully request that the Court dismiss this case with prejudice and each party to bear the expense of its own costs and fees.

　　　　　　　　　　　　　　　　　　By  s/ Adrian B. Dunning
　　　　　　　　　　　　　　　　　　Jeremy M. Masten, Fed. ID # 11-144
　　　　　　　　　　　　　　　　　　Adrian B. Dunning, admitted *pro hac vice*
　　　　　　　　　　　　　　　　　　(ASB-2181-D67D)
　　　　　　　　　　　　　　　　　　ARGUELLO HOPE & ASSOCIATES, PLLC
　　　　　　　　　　　　　　　　　　1110 Nasa Parkway, Suite 620
　　　　　　　　　　　　　　　　　　Houston, Texas  77058
　　　　　　　　　　　　　　　　　　Telephone:　　(281) 532-5529
　　　　　　　　　　　　　　　　　　Facsimile:　　(281) 402-3534

　　　　　　　　　　　　　　　　　　**COUNSEL FOR PLAINTIFF**

c:\documents and settings\jessica\local settings\temporary internet files\content.outlook\3fq6fo9m\stipulation of dismissal 060313 (2).doc

1

By  s/ Daniel C. Andrews
Daniel C. Andrews, OBA #19392
JONES, ANDREWS & ORTIZ, P.C.
21 E. Main St., Suite 101
Oklahoma City, Oklahoma  73104
Telephone:  (405) 601-8713
Facsimile:  (405) 232-8330
**ATTORNEYS IN CHARGE FOR DEFENDANT, STATE FARM FIRE AND CASUALTY COMPANY**

c:\documents and settings\jessica\local settings\temporary internet files\content.outlook\3fq6fo9m\stipulation of dismissal 060313 (2).doc

2